# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| VICTORIA WHITTINGTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:13-CV-16-DDN |
| ) | |
| MARK ISGRIG, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of plaintiffs' amended complaint [Doc. #5] under 28 U.S.C. § 1915A.[1]

Pursuant to 28 U.S.C. § 1915A, the "court shall review before docketing if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity." The Court is to dismiss the complaint, or any portion, if it is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief against a defendant who is immune from such relief.

---

[1] On March 12, 2013, this Court granted plaintiffs thirty days to file an amended complaint [Doc. #4]. Plaintiffs timely filed an amended complaint on April 12, 2013 [Doc. #5].

In reviewing a pro se complaint under § 1915A, the Court must give the complaint the benefit of a liberal construction. *Haines v. Kerner*, 404 U.S. 519, 520 (1972). The Court must also weigh all factual allegations in favor of the plaintiff, unless the facts alleged are clearly baseless. *Denton v. Hernandez*, 504 U.S. 25 (1992).

A review of the amended complaint indicates that plaintiffs' 42 U.S.C. § 1983 and pendent state-law claims survive frivolity review and should not be dismissed at this time.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that, pursuant to this Court's differentiated case management system, this case is assigned to Track 5B (prisoner actions-standard).

**IT IS FURTHER ORDERED** that defendants shall reply to the amended complaint within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.  *See* 42 U.S.C. § 1997e(g)(2).[2]

    /S/   David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on April 12, 2013.

---

[2]The Court notes that because plaintiffs paid the filing fee, they are responsible for serving defendants.  *See* Fed. R. Civ. P. 4(m).